IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARVARD PROPERTY TRUST, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 3:10-CV-1844-K |
| JOHN A. CARDILLO, et al., | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

BEFORE THE COURT is the Joint Motion to Dismiss filed by Plaintiff Harvard Property Trust, LLC; Defendants John A. Cardillo, Ralph Giugliano, Daniel J. Church, FS2 Capital Partners, LLC, John R. Shain, and Patrick Cosmo Smith; and Third-Party Defendants Behringer Harvard Holdings, LLC, Behringer Securities, LP, and Jeffrey Schwaber (collectively, the "Parties").  By that motion, the Parties inform the Court that they have reached a mutual settlement of the case, and therefore request that the Court enter an order dismissing all claims and causes of action asserted in this case.

Having considered the Parties' request, the Court hereby **GRANTS** the Joint Motion to Dismiss.  All claims and causes of action asserted in this case are hereby **DISMISSED WITH PREJUDICE TO REFILING**.  The Court further **ORDERS** that each of the Parties shall bear their own fees, expenses, and costs.

**SO ORDERED.**

Signed June 14th, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE